UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X

Earley Rodwell,

                Plaintiff(s),

-v-

State of New York,

                Defendant(s).
------------------------------------------------------------X

*USDC SDNY*
*DOCUMENT*
*ELECTRONICALLY FILED*
*DOC #:*
*DATE FILED: JUN 1 3 2008*

**ORDER OF REFERENCE
TO A MAGISTRATE JUDGE**

08 Civ. 4008 (LTS)(MHD)

LAURA TAYLOR SWAIN, District Judge

    The above entitled action is referred to the designated Magistrate Judge for the following purpose(s):

| | |
|---|---|
| _X_ General Pretrial (includes scheduling, discovery, non-dispositive pretrial motions, and settlement) | ___ Consent under 28 U.S.C. §636(c) for all purposes (including trial) |
| ___ Specific Non-Dispositive Motion/Dispute:* _____ | ___ Consent under 28 U.S.C. §636(c) for limited purpose (e.g., dispositive motion, preliminary injunction) |
| If referral is for discovery disputes when the District Judge is unavailable, the time period of the referral:_____ | Purpose:_____ |
| | ___ Habeas Corpus |
| ___ Settlement* (Principals to participate as required by Magistrate Judge) | ___ Social Security |
| | ___ Dispositive Motion (i.e., motion requiring a Report and Recommendation) Particular Motion:_____ |
| ___ Inquest After Default/Damages Hearing | |
| | All such motions: ____ |

* Do not check if already referred for general pretrial.

**SO ORDERED.**

DATED:   New York, New York
               June 13, 2008

                                                    LAURA TAYLOR SWAIN
                                                      United States District Judge