```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------X
                                    :
EARLEY RODWELL,                     :
                                    :
                Plaintiff,          :         **ORDER**
                                    :
        -against-                   :         08 Civ. 4008 (LTS)(MHD)
                                    :
STATE OF NEW YORK, et al.,          :
                                    :
                Defendants.         :
                                    :
------------------------------------X
```

MICHAEL H. DOLINGER
UNITED STATES MAGISTRATE JUDGE:

It is hereby **ORDERED** as follows:

Plaintiff is to serve his amended complaint on defendants by **FRIDAY, JUNE 5, 2009**. The Pro Se Clerk is to supply plaintiff with the necessary materials to effect service by mailing the materials to the following address: Earley Rodwell, P.O. Box 233, Youngsville, North Carolina 27586. In the event that plaintiff does not accomplish service by this date, the complaint will likely be dismissed.

DATED:  New York, New York
        May 8, 2009

SO ORDERED.

_____
MICHAEL H. DOLINGER
UNITED STATES MAGISTRATE JUDGE

A copy of the foregoing Order has been mailed this date to:

Mr. Earley Rodwell
P.O. Box 233
Youngsville, North Carolina 27586

<u>Pro</u> <u>Se</u> Staff Attorney
United States District Court, Southern District of New York
500 Pearl Street, Room 230
New York, New York 10007-1312